# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 5:12-MJ-00375 |
| Evelia Arriage  DEFENDANT(S). | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>04/18/13</u>, _____, at <u>3:00</u> ☐ a.m. / ☒ p.m. before the Honorable <u>SHERI PYM</u>, in Courtroom <u>4-3rd floor</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: 4/17/13

SHERI PYM
~~U.S. District Judge~~/Magistrate Judge